KATE S. Ross, Administratrix, etc., Appellant, *v.* THE NEW
YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Respondent.

74  617.
129  299

(Argued September 23, 1878; decided October 1, 1878.)

*S. E. Filkins* for appellant.

*A. P. Laning* for respondent.

Agree to affirm.   No opinion.
All concur, except MILLER and EARL, JJ., absent; HAND,
J., not voting.
Judgment affirmed.

---

IN THE MATTER OF THE GUARDIAN MUTUAL LIFE INSUR-
ANCE COMPANY.

74b  617
131  292

IN THE MATTER OF THE WIDOWS AND ORPHANS' BENEFIT
LIFE INSURANCE COMPANY.

IN THE MATTER OF THE NEW YORK STATE LIFE INSUR-
ANCE COMPANY.

IN THE MATTER OF THE RESERVE MUTUAL LIFE INSUR-
ANCE COMPANY.

(Argued September 24, 1878; decided October 1, 1878.)

REPORTED below, 13 Hun, 115.

*R. W. Peckham* for appellants.

*A. Schoonmaker, Jr.,* for respondents.

Agree to affirm without opinion.
All concur, except MILLER and EARL, JJ., absent; HAND,
J., not voting.
Orders affirmed.